Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–806. COSSETT ET UX. *v.* FEDERAL JUDICIARY ET AL., 506 U. S. 1052;

No. 92–8212. HUNTER *v.* MISSOURI, 509 U. S. 926; and

No. 92–8583. JONES *v.* PILLSBURY CO., 509 U. S. 910. Petitions for rehearing denied.

OCTOBER 15, 1993

No. 93–5374. MADISON *v.* UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

OCTOBER 18, 1993

No. —— –– ——. BLAKEY *v.* USS IOWA ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. —— –– ——. RETTIG ET AL. *v.* OHIO ET AL. Motion to direct the Clerk to file motion for leave to file bill of complaint denied.

No. D–1286. IN RE DISBARMENT OF NEDER. Disbarment entered. [For earlier order herein, see 509 U. S. 937.]

No. D–1290. IN RE DISBARMENT OF LEATHERS. Disbarment entered. [For earlier order herein, see 509 U. S. 940.]

No. D–1315. IN RE DISBARMENT OF HUTCHESON. It is ordered that Kent Hutcheson, of Nauvoo, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1316. IN RE DISBARMENT OF BAITY. It is ordered that James Wallace Baity, of Concord, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.